UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                          CASE NO. 6:20-cv-00267-PGB-LRH

MARTHA TRIMBLE, TERE TRIMBLE,
and TMT PIZZA PLACE, LLC d/b/a
STAVRO'S PIZZA PLACE,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Defendants, MARTHA TRIMBLE, TERE TRIMBLE, and TMT PIZZA PLACE, LLC d/b/a STAVRO'S PIZZA PLACE, and Plaintiff, TAVIA WAGNER, by and through their counsel and pursuant to M.D.Fla.L.R. 3.08, hereby provide notice to this Honorable Court that they have reached a settlement in the above-captioned action and are working on reducing their agreement to writing in the form of a Settlement Agreement. The parties therefore request a stay of all deadlines in this action and will file a Joint Stipulation of Dismissal with Prejudice within the next fourteen (14) days.

LAW OFFICES OF JOE M. QUICK, ESQ.



By: /s/ Joe M. Quick
    Joe M. Quick, Esq.
    Email Address:
    JMQuickEsq@gmail.com
    1224 S. Peninsula Drive #604
    Daytona Beach, FL 32118
    Telephone: (386) 212-3591
    ATTORNEY FOR PLAINTIFF

By: /s/ Taylor M. Westfall
    TAYLOR M. WESTFALL
    FLA. BAR NO. 1008328
    Primary E-mail:
    Taylor.Westfall@cobbcole.com
    Post Office Box 2491
    Daytona Beach, FL 32115-2491
    Telephone: (386) 323-9292
    Facsimile: (386) 323-9233
    ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing has been electronically filed this 5th day of June 2020, with the CM/ECF system:

Joe M. Quick, Esq.
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, FL  32118
Email: JMQuickEsq@gmail.com

                                /s/ Taylor M. Westfall
                                Attorney